IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| MAUREEN UCHE, Plaintiff, | * * * * | |
| v. | * * | Civil Action No. 13-cv-00878-AW |
| MONTGOMERY HOSPICE, INC., *et al*, Defendants. | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

On July 8, 2013, Plaintiff Maureen Uche filed a document with the Court complaining about the representation she had received from her attorneys. Doc. No. 20, "Complaint of Professional Misconduct Opposing Judd Millman and Luchansky Law Offices." As part of her Complaint, Plaintiff requested that the Court grant her permission to dismiss her attorneys. *Id.* at 4. On July 15, 2013, Plaintiffs' attorneys filed a Motion to Withdraw Appearance. Doc. No. 21. No parties have filed an opposition to counsels' Motion. It is clear to the Court that the attorney-client relationship has broken down and that Plaintiff's attorneys have complied with Local Rule 101(2)(a) for withdrawing their appearance. Accordingly, it is, this **2nd day of August, 2013**, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1) Plaintiff Counsels' Motion to Withdraw Appearance, Doc. No. 21, is **GRANTED**;

2) Plaintiff's Motion to dismiss her attorneys, Doc. No. 20, is **DENIED AS MOOT**;

3) In accordance with Local Rule 101(2)(a), the Clerk of the Court shall notify Plaintiff that she will be deemed to be proceeding without counsel unless and until new counsel enters an appearance on her behalf; and

4) The Clerk shall transmit a copy of this Order to all counsel of record, and **MAIL** a copy to Plaintiff.

| | |
|---|---|
| <u>August 2, 2013</u> | <u>              /s/              </u> |
| Date | Alexander Williams, Jr. |
| | UNITED STATES DISTRICT JUDGE |